# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-3143

_____

TODD CURTIS WEST,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 9, 2020


PER CURIAM.

   DENIED.

B.L. THOMAS, OSTERHAUS, and BILBREY, JJ., concur.


_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Todd Curtis West, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.